ACCEPTED
03-17-00597-CV
21265728
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 1:03 PM
JEFFREY D. KYLE
CLERK

NO. 03-17-00597-CV

_____

IN THE COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 1:03:21 PM
JEFFREY D. KYLE
Clerk

_____

Glenn Hegar, Comptroller of Public Accounts of the State of Texas;
and Ken Paxton, Attorney General of the State of Texas,
*Appellants*

v.

Compass Directional Guidance, LLC,
*Appellee.*

---

**UNOPPOSED FIRST MOTION FOR EXTENSION
OF TIME TO FILE APPELLEE'S BRIEF**

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellee Compass Directional Guidance, LLC ("Compass") moves pursuant to Rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, asking that this Court grant a 2-week extension of time for filing their Appellee's Brief from December 18, 2017 until December 29, 2017. This Motion is UNOPPOSED by Appellants Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken Paxton, Attorney General of the State of Texas.

1

## I.   INTRODCUTION

1.     Appellants are Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas.

2.     Appellee is Compass Directional Guidance, LLC.

## II.   ARGUMENT & AUTHORITIES

5.     Compass's brief is currently due on Monday, December 18, 2017.

6.     Compass needs additional time to prepare this brief based on the following circumstances:

a.     In the time period since the Comptroller's Appellant's Brief was filed on November 28, counsel Jimmy Martens, who plays an integral role in the preparation and editing of Compass's brief, has been required to devote time to other matters.

b.     Mr. Martens: (1) was involved in a four-day bench trial in Travis County District Court; (2) has traveled out-of-town for a client meeting; (3) acted as the presiding officer at the UT Taxation Conference; (4) has a deadline on December 15, 2017 to file a written closing and proposed judgment in Cause No. D-1-GN-11-001514, pending before the 353rd District Court of Travis County; and (5) has a Reply to the Position Letter due on December 28, 2017, in Administrative Hearing No. 113,938

pending before the Administrative Hearings Division of the Comptroller of the State of Texas.

b. Counsel Lacy Leonard, the lead trial lawyer on this matter who plays an important role in preparation of Compass's brief: (1) has a Reply to the Position Letter due on December 14, 2017, in Administrative Hearing Nos. 113,091, 113,836, 114,012, 114,013, and 114,014 pending before the Administrative Hearings Division of the Comptroller of the State of Texas; (2) has a Reply to the Position Letter due on December 20, 2017, in Administrative Hearing No. 114,009 also pending before the Administrative Hearings Division of the Comptroller of the State of Texas; and (3) has a deadline to file exceptions on December 20, 2017, in SOAH Hearing Nos. 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.13, 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.13, 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.13, and 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.13 pending before the State Office of Administrative Hearings. These tasks have prevented Ms. Leonard from devoting a sufficient amount of time to prepare the Appellee's Brief.

7. Compass seeks a 2-week extension, moving the deadline from December 18 to December 29, 2017.

8. The requested extension of Compass's Appellee's Brief deadline will not prejudice any party.

9. No extension of time has previously been requested by or granted to Appellee in this appeal.

10. The $10.00 filing fee has been submitted in connection with this Motion.

### III. PRAYER

For these reasons, Appellee respectfully prays, without any opposition of Appellants, that this Court grant a 2-week extension of time to file Appellee's Brief from December 18, 2017, to December 29, 2017.

Respectfully submitted,

MARTENS, TODD, LEONARD & AHLRICH

By: _/s/ Lacy L. Leonard_
Lacy L. Leonard
State Bar No. 24040561
lleonard@textaxlaw.com
James F. Martens
State Bar No. 13050720
jmartens@textaxlaw.com
301 Congress Ave., Suite 1950
Austin, Texas 78701
Telephone: (512) 542-9898

ATTORNEYS FOR APPELLEE
COMPASS DIRECTIONAL GUIDANCE, LLC

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that counsel for Appellant made a reasonable attempt to confer with all counsel about the merits of Appellee's Motion. Beth Klusmann, Attorney for Appellants is unopposed.

*/s/ Lacy L. Leonard*
Lacy L. Leonard

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Unopposed First Motion for Extension of Time to File Appellees' Brief has been electronically filed and served on all counsel below on December 13, 2017. *See* Tex. R. App. P. 9.2(c)(1), 9.5(b)(1).

Beth Klusmann
First Assistant Attorney General
beth.klusmann@oag.texas.gov
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tele: (512) 936-1700
Fax: (512) 474-2697

*/s/ Lacy L. Leonard*
Lacy L. Leonard